EXHIBIT 1

tabbies®

