

EXHIBIT 2



