**GOSPEL MINISTRIES**

LIGHT OF THE WORLD

FLOOR PLAN

**14,011 SQ FT**

**EXHIBIT**

**3**