

# VILLAGE OF WALTHILL, NEBRASKA
# BUILDING PERMIT APPLICATION

Building Permit Number: __D-09012021__   Date[1]: __09-01-2021__

The undersigned hereby makes application to:

| Check One | Type of Project | Application fee[2] |
|---|---|---|
| ____ | New construction (residential) | $25.00 |
| ____ | New construction (commercial) | $50.00 |
| ____ | Remodel / alteration / repair (residential) | $25.00 |
| ____ | Remodel / alteration / repair (commercial) | $50.00 |
| ____ | Demolition (residential)[3] | $25.00 |
| ✓ | Demolition (commercial)[4] | $50.00 |
| ____ | Building relocation (residential)[5] | $25.00 |
| ____ | Building relocation (commercial)[6] | $50.00 |

Size of structure __14,000 FT²__   Height of structure __12' – 26'__

Legal description of real property on which structure is located:

**Block #** __SEE ATTACHED__ **Lot #** _____ **Addition/Filing #** _____

Other legal description: _____

Zoning district, if applicable: __C1, COMMERCIAL ZONING__

If building relocation, legal description of real property to which building will be relocated: _____

Owner(s) of structure and real property: __LIGHT OF THE WORLD GOSPEL MINISTRIES__

---

[1] If the work for which a permit has been issued is not begun within six (6) months of this date, or if the construction shall be discontinued for a period of six (6) months, this permit shall be void. Before such work may be resumed, a new permit shall be obtained in the same manner and form as an original permit. See Village Code, § 4-405.

[2] Application fees are to be paid to the Village Clerk and are nonrefundable.

[3] It shall be the duty of the owner, lessee, or tenant intending the demolition of any building or improvement to post a refundable $5,000.00 cash bond with the Village Clerk prior to the commencement of demolition. See Village Code, § 4-406.

[4] See note 3, above.

[5] If moving any building over or across any street or public way, the owner shall furnish a refundable bond with good and sufficient surety in the amount of $10,000.00 and strictly comply with all requirements of Village Code, §§ 4-501 through 4-504, inclusive.

[6] See note 5, above.

1

**EXHIBIT 4**

Intended use or occupancy and type of structure:

_____

_____

Estimated cost of project: $100,000

Name(s) and address(es) of contractor, builder, architect, or other person doing work:

COONEY FERTILIZER INC., 1030, 26 ROAD, WALTHILL, NE, 68067

_____

_____

_____

Estimated date of completion of project: WITHIN 6 WEEKS OF APPROVAL

Other comments:

DEMOLISH EXISTING BUILDINGS

_____

_____

In consideration of the issuance of this permit, the applicant hereby certifies that the above statements are true and correct and hereby agrees to comply with all Village ordinances and regulations in effect, as well as all applicable Nebraska state laws and regulations, including those pertaining to asbestos. If in violation of any ordinances, laws, and regulations or through misrepresentation of facts, this permit becomes null and void, and the applicant may be subject to penalties established.

LIGHT OF THE WORLD GOSPEL MINISTRIES
Applicant Name

214 MAIN ST, WALTHILL, 68067
Applicant Address

402 380 5460
Applicant Telephone

WPM
Applicant Signature

2

**FOR OFFICE USE ONLY:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This permit # __D-09012021__ is: Approved this __1st__ day of __September__ 2021

Denied this _____ day of _____.

_[signature]_
Chairperson / Building Inspector

*Subject to the terms of the Consent Decree and Settlement Agreement entered into between the parties on Septmeber 1, 2021.

**If building relocation:**

*Approved dates and times of relocation:* _____

*Approved route of relocation:*

_____

_____

_____


_____
Chairperson

**Complete legal description of property to be demolished**

Lot 11, Block 18, Original Plat.
Lot 12 less the South 36 feet of said Lot 12, Block 18, First Filing.
The East 4 inches of Lot 14 and all of Lot 13, Block 18, First Filing.
Lot 14 and 15, less the East 4" of Lot 14, Block 18, First Filing.