

# VILLAGE OF WALTHILL, NEBRASKA
## BUILDING PERMIT APPLICATION

Building Permit Number: _B- 0901 2021_       Date[1]: _09-01-2021_

The undersigned hereby makes application to:

| Check One | Type of Project | Application fee[2] |
|---|---|---|
| | New construction (residential) | $25.00 |
| ✓ | New construction (commercial) | $50.00 |
| | Remodel / alteration / repair (residential) | $25.00 |
| | Remodel / alteration / repair (commercial) | $50.00 |
| | Demolition (residential)[3] | $25.00 |
| | Demolition (commercial)[4] | $50.00 |
| | Building relocation (residential)[5] | $25.00 |
| | Building relocation (commercial)[6] | $50.00 |

Size of structure _14,011 FT2_   Height of structure _APPROX: 28'_

*Legal description of real property on which structure is located:*

Block # _SEE ATTACHED_ Lot # _SEE ATTACHED_ Addition/Filing #_____

*Other legal description:* _____

*Zoning district, if applicable:* _C1   COMMERCIAL ZONING_

*If building relocation, legal description of real property to which building will be*

*relocated:* _____

*Owner(s) of structure and real property:* _LIGHT OF THE WORLD GOSPEL MINISTRIES_

---

[1] If the work for which a permit has been issued is not begun within six (6) months of this date, or if the construction shall be discontinued for a period of six (6) months, this permit shall be void. Before such work may be resumed, a new permit shall be obtained in the same manner and form as an original permit. See Village Code, § 4-405.

[2] Application fees are to be paid to the Village Clerk and are nonrefundable.

[3] It shall be the duty of the owner, lessee, or tenant intending the demolition of any building or improvement to post a refundable $5,000.00 cash bond with the Village Clerk prior to the commencement of demolition. See Village Code, § 4-406.

[4] See note 3, above.

[5] If moving any building over or across any street or public way, the owner shall furnish a refundable bond with good and sufficient surety in the amount of $10,000.00 and strictly comply with all requirements of Village Code, §§ 4-501 through 4-504, inclusive.

[6] See note 5, above.

1

EXHIBIT
5

Intended use or occupancy and type of structure:

CHURCH COMPLEX WITH TWO BUSINESSES AND PARKING LOT.

METAL BUILDING WITH BRICK FACIA + CEMENT PANELS

Estimated cost of project: $28-3 MILLION

Name(s) and address(es) of contractor, builder, architect, or other person doing work:

TO BE DETERMINED

Estimated date of completion of project:   WITHIN 18 MONTHS OF APPROVAL

Other comments:

In consideration of the issuance of this permit, the applicant hereby certifies that the above statements are true and correct and hereby agrees to comply with all Village ordinances and regulations in effect, as well as all applicable Nebraska state laws and regulations, including those pertaining to asbestos.  If in violation of any ordinances, laws, and regulations or through misrepresentation of facts, this permit becomes null and void, and the applicant may be subject to penalties established.

LIGHT OF THE WORLD GOSPEL MINISTRIES
Applicant Name

214 MAIN STREET, WALTHILL, 68067
Applicant Address

402 380 5460
Applicant Telephone

WPM
Applicant Signature

FOR OFFICE USE ONLY:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This permit # B- 09012021 ___ is: Approved this 1st day of September 2021

Denied this _____ day of _____.

_____
Chairperson / Building Inspector

*Subject to terms of the Consent Decree and Settlement Agreement entered into
**If building relocation:**   between the parties on September 1, 2021.

*Approved dates and times of relocation:* _____

Approved route of relocation:

_____

_____

_____

_____
Chairperson

3

## Complete legal description of property

Building:

Lot 8 and the West half (W ½) of Lot 7, Block 18, First Filing.
Lot 9, Block 18, First Filing.
Lot 10, Block 18, Original Plat.
Lot 11, Block 18, Original Plat.
Lot 12 less the South 36 feet of said Lot 12, Block 18, First Filing.

Parking Lot:

Lot 16 and 17, Block 18, Original Plat.





FLOOR PLAN
**14,011 SQ FT**

**GOSPEL MINISTRIES**
LIGHT OF THE WORLD





