

WALTHILL
NEBRASKA

# VILLAGE OF WALTHILL, NEBRASKA
## SPECIAL USE PERMIT APPLICATION

Special Use Permit Number: _SU-09012021_    Date: _09-01-2021_

Applicant's Name: _LIGHT OF THE WORLD GOSPEL MINISTRIES_

Applicant's Address: _214 MAIN STREET, WALTHILL, 68067_

Telephone: _402 380 5460_

Present use of property: _CHURCH STORAGE_

Desired use of property: _CHURCH COMPLEX WITH TWO BUSINESSES AND PARKING LOT_

Present zoning of property: _C1, COMMERCIAL ZONING_

Complete legal description of property:

Block # _SEE ATTACHED_ Lot # _____ Addition/Filing # _____

Under what zoning regulation(s) are you seeking this permit? _504.04_

For how many years are you seeking this permit? _INDEFINITELY_

Explain in detail what you propose to do or how you intend to use the property, if granted a special use permit:

_RELIGIOUS SERVICES, RELIGIOUS MINISTRIES, CAFE AND_
_BOOK STORE ON MAIN STREET, BIBLE STUDIES, ETC_
_____
_____

How are adjoining properties used? (Indicate both zoning district designations and actual uses):

**North** _VACANT LOT_    **South** _MAIN STREET_

**East** _VACANT BUILDING_    **West** _VACANT BUILDING_

Executed by:

_W P M_____
Owner's Signature

_04 /02 /21_
Date

1

EXHIBIT
**6**

FOR OFFICE USE ONLY:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE OF PLANNING COMMISION HEARING: _April 26, 2021_

Approved __✓__      Denied _____

DATE OF VILLAGE BOARD HEARING: _September 1, 2021_

Approved __✓__      Denied _____

*By making this application, the applicant authorizes the Village zoning administrator and his/her agents to enter upon the property during normal working hours for the purpose of becoming familiar with the proposed situation. The zoning administrator and his/her agents may be accompanied by members of the Village Planning Commission or Board of Trustees.*

 **\*Subject to terms of the Consent Decree and Settlement Agreement entered into between the parties on September 1, 2021.**

2

## Complete legal description of property

Building:

Lot 8 and the West half (W ½) of Lot 7, Block 18, First Filing.
Lot 9, Block 18, First Filing.
Lot 10, Block 18, Original Plat.
Lot 11, Block 18, Original Plat.
Lot 12 less the South 36 feet of said Lot 12, Block 18, First Filing.

Parking Lot:

Lot 16 and 17, Block 18, Original Plat.

