Jurisdiction: _____   Permit Number: Z-09012021
Value of Improvement: _____
Zoning Classification: _____

## APPLICATION FOR ZONING PERMIT
## WALTHILL PLANNING AND ZONING DEPARTMENT

DIRECTIONS. Fill in the following information as accurately and completely as possible. On the back of this page or on an attached sheet indicate, by drawing, the shape and dimensions of the land, shape and dimensions of all existing and proposed buildings, and distances from building to lot lines. THIS APPLICATION IS NOT ACCEPTABLE UNLESS ALL REQUIRED INFORMATION IS FURNISHED.

Name: LIGHT OF THE WORLD GOSPEL MINISTRIES   Phone: 402 380 5460

Address: 214 MAIN STREET, WALTHILL, 68067

Contractor and address: TO BE DETERMINED

Complete legal description of property: SEE ATTACHED

Location of construction site from town if in rural area: N/A

Street address of construction site if in town: 211-217 MAIN STREET

Type of structure or building proposed: METAL BUILDING WITH BRICK FACIA + CEMENT PANELS

Proposed use of building: CHURCH COMPLEX WITH TWO BUSINESSES

Dimensions of structure: SEE ATTACHED SITE PLAN   Dimensions of property: SEE ATTACHED SITE PLAN

Distance structure will be from:
A. Front property line or edge of right-of-way  IN LINE WITH FRONT PROPERTY LINE
B. Rear Property Line: (NORTH) 5' 5"
C. Side property Line: (EAST) 1' 4"
D. Side property Line: (WEST) 3' 0"
E. Center of nearest street intersection: (SOUTH) 39' 9"

Area of the property in acres or square feet: 14,400 SQ.FT.   Value of structure: $2.8-3 MILLION

Appendix 11-14                Nebraska Planning Handbook

**EXHIBIT 7**

Approximate start date for construction: __TBD__  Approximate finish date: _____
Improvement to be assessed to the following party: __N/A. LIGHT OF THE WORLD IF REQUIRED__

If the structure is a residence, how far will it be from the nearest feed lot? __N/A__

If the structure is an apartment building or a commercial or industrial building, indicate how many off-street parking spaces will be provided: __N/A__

ATTACH A DRAWING OF THE PROPOSED STRUCTURE:

The above requested information is, to the best of my knowledge, true and accurate. It is understood and agreed that any error, misstatement or misrepresentation of fact, either with or without intention on my part, such as might, if known, cause a refusal of this application or any alteration or change in plans made without the approval of the Zoning Administrator, subsequent to the issuance of the zoning permit, shall constitute sufficient grounds for the revocation of such permit. This permit is valid for one (1) year from the approval date.

Signed: __WPM__  Date: __APRIL 2ND__, 20__21__
Applicant

······································································································

FOR OFFICE USE ONLY

Paid in the amount of $ _____

Date application disapproved: _____  Date: _____, 20 ____

Disapproval signature (Administrator): _____

Reason for disapproval: _____

_____

Date application approve from appeal: _____  Date: _____, 20 ____

Approved: __Michael D Gra...__  Date: __9/1__, 20 __21__
~~Planning and Zoning Administrator~~
Chairperson

And/or where applicable:

Approved: _____  Date: _____, 20 ____
Chief Building Officer

Appendix 11-15  Nebraska Planning Handbook

** Subject to the terms of the Consent Decree and Settlement Agreement entered into between the parties on September 1, 2021.

## Complete legal description of property

Building:

Lot 8 and the West half (W ½) of Lot 7, Block 18, First Filing.
Lot 9, Block 18, First Filing.
Lot 10, Block 18, Original Plat.
Lot 11, Block 18, Original Plat.
Lot 12 less the South 36 feet of said Lot 12, Block 18, First Filing.

Parking Lot:

Lot 16 and 17, Block 18, Original Plat.



FLOOR PLAN
**14,011 SQ FT**







**GOSPEL MINISTRIES**
LIGHT OF THE WORLD