# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIGHT OF THE WORLD GOSPEL MINISTRIES, INC., <br>                   Plaintiff, <br><br> vs. <br><br> VILLAGE OF WALTHILL, NEBRASKA, <br>                   Defendant / <br>                   Interpleader Plaintiff, <br><br> vs. <br><br> LIGHT OF THE WORLD GOSPEL MINISTRIES INC., et al., <br>                   Interpleader Defendants. | Civil Action No. 8:18-cv-312 <br><br> **MOTION FOR ADMISSION *PRO HAC VICE*** |

COMES NOW Peter F. Daniel, pursuant to NEGenR 1.7(f), and moves this Court for its Order granting him admission to appear *Pro Hac Vice* in this Court in the above-captioned Action No. 18-cv-312 on behalf of Interpleader Defendant Lathrop GPM LLP. In support of this Motion, Movant states as follows:

1. I am admitted to practice in the State bars of Missouri (Bar No. 33798) and Kansas (Bar No. 23115); U.S. Court of Appeals, 8th and 10th Circuits; U.S. Supreme Court; U.S. District Court for the Western District of Missouri; and U.S. District Court for the District of Kansas.

2. Upon my oath, I acknowledge the following, pursuant to NEGenR 1.7(e):

   As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

Dated: December 13, 2021                Respectfully Submitted,

                                                          LATHROP GPM LLP

47980660v1

By:   <u>/s/ Peter F. Daniel</u>
     Peter F. Daniel      MO #33798
     2345 Grand Blvd., Ste. 2200
     Kansas City, MO 64108-2618
     Telephone:   (816) 292-2000
     Telecopier:   (816) 292-2001
     peter.daniel@lathropgpm.com

ATTORNEY FOR LATHROP GPM LLP

47980660v1