# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIGHT OF THE WORLD GOSPEL MINISTRIES, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　vs. <br><br>VILLAGE OF WALTHILL, NEBRASKA, <br>　　　　　　　　Defendant / <br>　　　　　　　　Interpleader Plaintiff, <br><br>　　vs. <br><br>LIGHT OF THE WORLD GOSPEL MINISTRIES INC., et al., <br>　　　　　　　　Interpleader Defendants. | Civil Action No.  8:18-cv-312 <br><br>**INTERPLEADER DEFENDANT LATHROP GPM LLP'S ANSWER TO INTERPLEADER COMPLAINT AND REQUEST FOR DECLARATORY RELIEF** |

Interpleader Defendant Lathrop GPM LLP ("Lathrop"), by and through counsel, and for its Answer to Village of Walthill, Nebraska's Interpleader Complaint and Request for Declaratory Relief, states and alleges as follows:

## PARTIES, JURISDICTION & VENUE

1. Answering Paragraph 1, Lathrop admits the allegations in Paragraph 1.

2. Answering Paragraph 2, Lathrop admits the allegations in Paragraph 2.

3. Answering Paragraph 3, Lathrop admits, upon information and belief, the allegations in Paragraph 3.

4. Answering Paragraph 4, Lathrop admits the allegations in Paragraph 4, except states that its proper name is Lathrop GPM LLP.

5. Answering Paragraph 5, Lathrop admits, upon information and belief, the allegations in Paragraph 5.

6. Answering Paragraph 6, Lathrop admits, upon information and belief, the allegations in Paragraph 6.

### Jurisdiction under Rule Interpleader

7. Answering Paragraph 7, Lathrop admits the allegations in Paragraph 7.

8. Answering Paragraph 8, Lathrop admits the allegations in Paragraph 8.

### Jurisdiction under Statutory Interpleader

9. Answering Paragraph 9, Lathrop admits, upon information and belief, the allegations in Paragraph 9.

10. Answering Paragraph 10, Lathrop admits, upon information and belief, the allegations in Paragraph 10.

11. Answering Paragraph 11, Lathrop admits the allegations in Paragraph 11.

### FACTUAL BACKGROUND

12. Answering Paragraph 12, Lathrop admits the allegations in Paragraph 12.

13. Answering Paragraph 13, Lathrop admits, upon information and belief, the allegations in Paragraph 13.

14. Answering Paragraph 14, Lathrop admits the allegations in Paragraph 14.

15. Answering Paragraph 15, Lathrop admits, upon information and belief, the allegations in Paragraph 15.

16. Answering Paragraph 16, Lathrop admits the allegations in Paragraph 16.

17. Answering Paragraph 17, Lathrop admits, upon information and belief, the allegations in Paragraph 17.

18. Answering Paragraph 18, Lathrop admits, upon information and belief, the allegations in Paragraph 18.

### COUNT I – INTERPLEADER & DECLARATORY RELIEF

19. Answering Paragraph 19, Lathrop incorporates by reference its responses to Paragraphs 1 through 18 above as though fully set forth herein.

47921897v2

20. Answering Paragraph 20, Lathrop is without knowledge or information sufficient to form a belief regarding all alleged facts in this paragraph and therefore denies the allegations contained in Paragraph 20.

21. Answering Paragraph 21, Lathrop admits, upon information and belief, the allegations in Paragraph 21.

22. Answering Paragraph 22, Lathrop is without knowledge or information sufficient to form a belief regarding all alleged facts in this paragraph and therefore denies the allegations contained in Paragraph 22.

23. Answering Paragraph 23, Lathrop admits, upon information and belief, the allegations in Paragraph 23.

24. Answering Paragraph 24, Lathrop is without knowledge or information sufficient to form a belief regarding all alleged facts in this paragraph and therefore denies the allegations contained in Paragraph 24.

25. Answering Paragraph 25, Lathrop is without knowledge or information sufficient to form a belief regarding all alleged facts in this paragraph and therefore denies the allegations contained in Paragraph 25.

26. Answering further, Interpleader Defendant Lathrop GPM LLP denies any allegation not specifically admitted herein.

27. Answering further, Interpleader Defendant Lathrop GPM LLP reserves the right to identify any defenses not presently known.

WHEREFORE Interpleader Defendant Lathrop GPM LLP joins in the request of the Village of Walthill, Nebraska that the Court accept the Settlement Funds into the registry of the Court until such time as the Interpleader parties resolve by litigation or agreement the

47921897v2

appropriate distribution of the Settlement Funds. If the Court accepts the Settlement Funds into its registry, Interpleader Defendant Lathrop GPM LLP has no objection to the discharge of the Village of Walthill, Nebraska.

Dated: December 13, 2021

LATHROP GPM LLP

By: /s/ Peter F. Daniel
    Peter F. Daniel (MO #33798)
    *Admitted Pro Hac Vice*
    2345 Grand Blvd., Ste. 2200
    Kansas City, MO 64108-2618
    Telephone: 816.292.2000
    Telecopier: 816.292.2001
    Email: peter.daniel@lathropgpm.com

    *Attorneys for Interpleader Defendant*
    *Lathrop GPM LLP*

47921897v2